UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LEE SWARS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:23–cv–1351–KJN<br><br>ORDER GRANTING IFP AND DIRECTING E-SERVICE<br><br>(ECF No. 2.) |

　　This case was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72, and E.D. Cal. L.R. 302(c)(15) and Appx. A subsection (j). Plaintiff requests leave to proceed without prepayment of the filing fee under 28 U.S.C. § 1915. (ECF No. 2.)

　　Plaintiff's affidavit demonstrates an inability to prepay fees and costs or give security for them, and so is GRANTED. The Clerk of Court is directed to issue (i) a summons for this case pursuant to Rule 3 of the Supplemental Rules for Social Security actions, (ii) the undersigned's scheduling order for Social Security cases, and (iii) the court's order regarding consent to the jurisdiction of a magistrate judge.

Dated: July 11, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

swar.1351

1