| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | MATHEW W. PILE |
|   | Associate General Counsel |
| 3 | Office of Program Litigation, Office 7 |
| 4 | JAMES KI, WSBN 42978 |
|   | Special Assistant United States Attorney |
| 5 | Office of Program Litigation, Office 7 |
|   | Office of the General Counsel |
| 6 | Social Security Administration |
| 7 | 6401 Security Boulevard |
|   | Baltimore, MD 21235 |
| 8 | Telephone: (212) 264-2435 |
|   | james.ki@ssa.gov |
| 9 | |
| 10 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LEE SWARS, | CIVIL NO. 2:23-cv-01351-KJN |
| Plaintiff, | |
| v. | STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER |
| KILOLO KIJAKAZI, | |
| Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED by and between Plaintiff and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to re-evaluate the evidence of record.  The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

STIPULATION TO REMAND

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  November 9, 2023          /s/  Francesco Benavides*
                                  FRANCESCO P. BENAVIDES
                                  Attorney for Plaintiff
                                  *Authorized via e-mail on November 9, 2023

                                  PHILLIP A. TALBERT
                                  United States Attorney
                                  MATHEW W. PILE
                                  Associate General Counsel
                                  Social Security Administration

                          By:     /s/ James Ki
                                  JAMES KI
                                  Special Assistant United States Attorney

                                  Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  November 13, 2023

                                  _____
                                  KENDALL J. NEWMAN
                                  UNITED STATES MAGISTRATE JUDGE

swar.1351

STIPULATION TO REMAND